AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00500 |
| Alan William Byerly | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/25/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Alan William Byerly,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(b) - Assault on a Federal Officer;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1752(a)(1), (2), and (4) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority and Engaging in Physical Violence;
40 U.S.C. § 5104(e)(2)(F) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. § 113(a)(4) and (5) - Assault.

Date: 06/25/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.06.25 14:23:26 -04'00'

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 06-25-2021, and the person was arrested on *(date)* 07-07-2021
at *(city and state)* Fleetwood, PA

Date: 07-07-2021

*Arresting officer's signature*

Special Agent Benjamin N. Jacobs, FBI
*Printed name and title*