AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 21-MJ-500 (GMH) |
| ALAN WILLIAM BYERLY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Alan William Byerly.

Date: 08/02/2021

/s/ James J. McHugh, Jr.
*Attorney's signature*

James J. McHugh, Jr., Bar No. 48308
*Printed name and bar number*
Federal Community Defender Office for the EDPA
601 Walnut Street-The Curtis-Suite 540 West
Philadelphia, PA 19106

*Address*

James_McHugh@fd.org
*E-mail address*

(215) 928-1100
*Telephone number*

(215) 928-1112
*FAX number*