IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CASE NO. 21-MJ-500 (GMH) |
| | : | |
| ALAN WILLIAM BYERLY | : | |

**O R D E R**

**AND NOW**, this 4th day of August, 2021, upon review of Defendant Alan William Byerly's Unopposed Motion to Continue Detention Hearing and Exclude Time Under the Speedy Trial Act, it is hereby

**ORDERED** that the Motion is **GRANTED** and that the Detention Hearing scheduled for July 30, 2021 is continued until August 6, 2021, at 3:30 p.m., before Magistrate Judge Robin M. Meriweather; it is further

**NOTED** that the time between July 30, 2021 and August 6, 2021 is automatically excluded from calculation under the Speedy Trial Act, due to the pendency of the government's motion for Defendant's pretrial detention. *See* 18 U.S.C. § 3161(h)(1)(D).

_____
**ROBIN M. MERIWEATHER**
**UNITED STATES MAGISTRATE JUDGE**